IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADAM TEITELMAN**<br>440 K St NW, Apt. 1203<br>Washington, DC  20001**,**<br><br>**Plaintiff,**<br><br>v.<br><br>**QUEUEDR INC.**<br>2612 Jefferson Drive<br>Alexandria, VA  22303<br><br>    SERVE:  Patrick Randolph<br>              2612 Jefferson Drive<br>              Alexandria, VA  22303<br><br>**and**<br><br>**PATRICK RANDOLPH**<br>2612 Jefferson Drive<br>Alexandria, VA  22303<br><br>**Defendants.** | Civil Action No.  1:20-cv-1859 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331 and 1332(a), Defendants QueueDr, Inc. ("QueueDr") and Patrick Randolph ("Randolph")(collectively "Defendants"), by counsel, hereby files their Notice of Removal of this action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.  Defendants base their removal on the following grounds:

1.    On May 14, 2020, Plaintiff Adam Teitelman filed an action against Defendants in the Superior Court for the District of Columbia, captioned *Adam Teitelman v. QueueDr, Inc. and Patrick Randolph*, Case No. 2020 CA 002515 B.  A copy of the Complaint is attached hereto and marked as Exhibit A.  A copy of the Summons is attached hereto and marked as Exhibit B.

2. Defendants were served with the Summons and Complaint on June 11, 2020, and have timely filed this removal within thirty (30) days in accordance with 28 U.S.C. § 1446(b)(3) ("[A] notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."). A copy of the Affidavit of Service is attached hereto and marked as Exhibit C.

3. Although not served on Defendants, the District of Columbia Superior Court issued an Initial Order and Addendum. True and correct copies of these documents are included in Exhibit D.

4. The Superior Court for the District of Columbia is located within the District for the District of Columbia. Venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. Plaintiff is a citizen of the District of Columbia.

6. Defendants are citizens of the Commonwealth of Virginia. QueueDr has its principal place of business in Virginia, and is headquartered in Virginia, and Patrick Randolph is a citizen of Virginia.

7. In his Complaint, Plaintiff seeks damages under the District of Columbia Wage Payment and Collection Act, D.C. Code §§ 32-1301 *et seq.* in the amount of $21,463, plus liquidated damages in an amount equal to three times the unpaid wages, and attorney fees. When calculated, this amount totals over $85,852, which satisfies the jurisdictional amount requirement.

8. This cause is removable under 28 U.S.C. § 1332, and none of the impediments to removal under 28 U.S.C. § 1445 are present.

9. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), based on the parties' diversity of citizenship and the amount in controversy, exclusive of interest and costs, exceeding $75,000.

10. Concurrent with the filing and service of this Notice of Removal, Defendants have served a Notice of Filing Notice of Removal on Plaintiff, and have filed such Notice with the Clerk of Court for the Superior Court for the District of Columbia. *See* Defendants' Notice of Filing Notice of Removal attached hereto as Exhibit E.

11. As the parties are citizens of different states, the Court has original jurisdiction over this matter on diversity grounds. *See* 28 U.S.C. §§ 1331, 1332(a).

12. By removing this matter, Defendants do not waive or intend to waive any defense.

WHEREFORE, Defendants file this Notice of Removal so that the entire court action under Civil Action Number 2020 CA 002515 B now pending in the Superior Court for the District of Columbia is removed to this Court for all further proceedings.

Dated: July 10, 2020

Respectfully submitted,

 /s/ Robert R. Niccolini
Robert R. Niccolini, D.C. Bar No. 1000251
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, DC 20006
Tel: (202) 887-0855
Fax: (202) 887-0866
robert.niccolini@ogletreedeakins.com

*Counsel for Defendants*
*QueueDr Inc. and Patrick Randolph*

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing was electronically filed via the Court's CM/ECF filing system on this 10th day of July, 2020, with a copy served by United States mail, postage prepaid to:

Phillip B. Zipin<br>
ZIPIN, AMSTER & GREENBERG, LLC<br>
8757 Georgia Avenue, Suite 400<br>
Silver Spring, Maryland 20910<br>
pzipin@zagfirm.com

                                                         /s/ Robert R. Niccolini
Robert R. Niccolini, D.C. Bar No.1000251
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, DC 20006
Tel: (202) 887-0855
Fax: (202) 887-0866
robert.niccolini@ogletreedeakins.com

*Counsel for Defendants*
*QueueDr Inc. and Patrick Randolph*

43423892.3